UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD MUHAMMAD,<br><br>    Plaintiff,<br><br>  vs.<br><br>GREYHOUND LINES, INC.,<br><br>    Defendant. | Case No: C 10-03987 SBA<br><br>**ORDER DISMISSING ACTION** |

On March 31, 2011, the Court denied Plaintiff's application to proceed in forma pauperis (IFP). Dkt. 11. The Court instructed Plaintiff to pay the filing fee or resubmit an IFP application within fourteen days, or else face dismissal of his action. Dkt. 11. Plaintiff has not complied with the Court's Order. Accordingly,

IT IS HEREBY ORDERED THAT the instant action is DISMISSED without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: April 21, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DONALD MUHAMMAD,

    Plaintiff,

v.

GREYHOUND LINES INC et al,

    Defendant.

Case Number: CV10-03987 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Muhammad
506 S. Main Street
Los Angeles, CA 90013

Dated: April 21, 2011

    Richard W. Wieking, Clerk

    By: LISA R CLARK, Deputy Clerk